

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-18-00218-CV

**EX PARTE JAKE ALEXANDER GARCIA**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI21969
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellee Texas Department of Public Safety ("TDPS") has filed a motion for extension of time to file appellee's brief. The motion is GRANTED. Appellee TDPS's brief is due April 4, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court